UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>DONALD JAMES LAWSON,<br><br>    Defendant. | NOS. CR-97-0154-WFN-1<br>         CR-97-0155-WFN-1<br><br>ORDER |

Pending before the Court is Mr. Lawson's Motion for Early Termination of Supervised Release. In the interest of justice and for good cause shown,

**IT IS ORDERED** that:

1. Mr. Lawson's Motion for Early Termination of Supervised Release, filed March 24, 2008, **CR-97-0154 Ct. Rec. 99 and CR-97-0155 Ct. Rec. 73**, is **GRANTED**.

2. Mr. Lawson's term of supervised release shall be **TERMINATED**, effective immediately.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 22nd day of April, 2008.

04-22

                    s/ Wm. Fremming Nielsen
                    WM. FREMMING NIELSEN
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER